**WOW TRUCKING, INC., Respondent,**

v.

**WIEDMAIER'S INC., d/b/a Wiedmaier Tire Center, Appellant.**

**No. WD 49531.**

Missouri Court of Appeals,
Western District.

May 30, 1995.

Errol D. Taylor, St. Joseph, for appellant.

Ralph W. Hicks, St. Joseph, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Appeal from two jury verdicts in favor of respondent WOW Trucking, Inc., on WOW's suit against appellant Wiedmaier's, Inc., and on Wiedmaier's counterclaim against WOW.

Judgment affirmed. Rule 84.16(b).

**Gregg Michael HULSEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 66744.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 30, 1995.

Jeffrey K. Rath, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Gregg Michael Hulsey, appeals from an order entered in the Circuit Court of the County of St. Louis denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b). A memorandum has been provided solely for the use of the parties here involved.